IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

William Liebhart and
Nancy Liebhart,

                        Plaintiffs,

   v.

                                                  Case No. 3:16-cv-700-JDP

SPX Corporation,
TRC Environmental Corporation, and
Apollo Dismantling Services, LLC,

                        Defendants.

---

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that William Liebhart and Nancy Liebhart, Plaintiffs in this litigation, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment (Dkt. #205) and from Order nos. 1-4 and 6 of the Order of March 30, 2018 (Dkt. #204, at p. 17 of 17) entered in this action on the 30th day of March 2018.

Dated: April 26, 2018          Respectfully submitted,

                                      PLAINTIFFS WILLIAM AND NANCY LIEBHART

                                      By: /s/ David G. Peterson
                                              Attorney for Plaintiff

David G. Peterson – Counsel of Record
Reinhart Boerner Van Deuren s.c.
N16 W23250 Stone Ridge Drive, Suite One
Waukesha, WI 53188
Telephone: 262-951-4527
E-mail: dgpeterson@reinhartlaw.com

Jeunesse M. Rutledge
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-8345
E-mail:  jrutledge@reinhartlaw.com

Carey S. Rosemarin
Law Offices of Carey S. Rosemarin, P.C.
500 Skokie Boulevard, Suite 510
Northbrook, IL 60062
Telephone:  847-897-8000 x11
E-mail:  csr@rosemarinlaw.com