UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM LIEBHART and NANCY LIEBHART,

    Plaintiffs,

v.

SPX CORPORATION, TRC ENVIRONMENTAL CORP. and APOLLO DISMANTLING SERVICES, LLC,

    Defendants.

**NOTICE OF APPEAL**

Case No. 16-CV-700

Notice is hereby given that Plaintiffs William and Nancy Liebhart hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Orders on Bills of Costs (Dkt. Nos. 230-232) entered in this action on June 22, 2018.

Dated this 23rd day of July, 2018.

    s/ *David G. Peterson*
    David G. Peterson
    WI State Bar ID No. 1001047
    dgpeterson@reinhartlaw.com
    Jeunesse M. Rutledge
    WI State Bar ID No. 1094042
    jrutledge@reinhartlaw.com
    Reinhart Boerner Van Deuren s.c.
    N16 W23250 Stone Ridge Drive, Suite One
    Waukesha, WI 53188
    Telephone: 262-951-4527

    Carey S. Rosemarin
    Law Offices of Carey S. Rosemarin, P.C.
    500 Skokie Boulevard, Suite 510
    Northbrook, IL 60062
    Telephone: 847-897-8000 x11
    E-mail: csr@rosemarinlaw.com
    Attorneys for Plaintiffs