IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM LIEBHART and NANCY LIEBHART,

    Plaintiffs,

    v.

Case No. 16-cv-700-jdp

SPX CORPORATION, TRC ENVIRONMENTAL CORPORATION, and APOLLO DISMANTLING SERVICES, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants SPX Corporation, TRC Environmental Corporation, and Apollo Dismantling Services, Inc. against plaintiffs William Leibhart and Nancy Liebhart dismissing the case.

| s/ K. Frederickson, Deputy Clerk | February 7, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |