IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

William Liebhart and
Nancy Liebhart,

                           Plaintiffs,

   v.

                                            Case No. 3:16-cv-700-JDP

SPX Corporation,
TRC Environmental Corporation, and
Apollo Dismantling Services, LLC,

                           Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs William Liebhart and Nancy Liebhart hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 7, 2020.

Dated: March 6, 2020

                                                         By: /s/ David G. Peterson
                                                             Attorney for Plaintiff

David G. Peterson – Counsel of Record
Reinhart Boerner Van Deuren s.c.
N16 W23250 Stone Ridge Drive, Suite One
Waukesha, WI 53188
Telephone: 262-951-4527
E-mail: dgpeterson@reinhartlaw.com

Carey S. Rosemarin
Law Offices of Carey S. Rosemarin, P.C.
500 Skokie Boulevard, Suite 510
Northbrook, IL 60062
Telephone: 847-897-8000 x11
E-mail: csr@rosemarinlaw.com